DENNIS J. JONES, MARLENE FEDER AND MARCUS I. FEDER, CITIZENS AND TAXPAYERS OF EAST WINDSOR, MERCER COUNTY, NEW JERSEY, AND STANLEY C. VAN NESS, PUBLIC ADVOCATE OF NEW JERSEY, PLAINTIFF-RESPONDENTS, v. EAST WINDSOR REGIONAL BOARD OF EDUCATION AND ITS MEMBERS; RICHARD C. FRIEDMAN, INDIVIDUALLY AND AS A MEMBER OF SAID BOARD, AND LYNN B. FRIEDMAN, INDIVIDUALLY AND AS FORMER PRESIDENT OF SAID BOARD, DEFENDANT-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued April 4, 1977—Decided April 15, 1977.

Before Judges BISCHOFF, MORGAN and KING.

*Mr. Robert B. Rottkamp, Jr.* argued the cause for appellants Friedman (*Messrs. Merlino & Andrew,* attorneys).

*Mr. Arthur Penn,* Director, Division of Public Interest Advocacy, argued the cause for respondents (*Mr. Stanley C. Van Ness,* Public Advocate, attorney; *Messrs. Arthur Penn* and *Peter A. Buchsbaum,* Assistant Deputy Public Advocate, on the brief).

*Mr. William F. Hyland,* Attorney General of New Jersey, filed a brief *amicus curiae* (*Mr. Stephen Skillman,* Assistant Attorney General, of counsel; *Mr. Michael A. Santaniello,* Deputy Attorney General, on the brief).

PER CURIAM. At oral argument the parties freely admitted that all of the issues projected in the within appeal have

become moot. We also conclude that the appeal has become moot and that none of the issues is of such public importance as to require their resolution.

The appeal is therefore dismissed.